[No. 46673-2-II.   Division Two.   May 9, 2017.]

*In the Matter of the Personal Restraint of* JOSE ISIDRO-SOTO, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47576-6-II.   Division Two.   May 9, 2017.]

BASIL D. BENA, *Respondent*, v. NATHAN B. SCHLEICHER ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Clallam County, No. 13-2-00893-1, Christopher Melly, J., entered April 24, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.

[No. 48268-1-II.   Division Two.   May 9, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO GLANZ, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 15-8-00022-6, Keith C. Harper, J., entered October 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48603-2-II.   Division Two.   May 9, 2017.]

AMERICAN EXPRESS CENTURION BANK, *Respondent*, v. HEINZ HENGSTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-13342-1, Gretchen Leanderson, J., entered January 15, 2016. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.